# MEMO ENDORSED

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/29/19
```

## PENACHIO MALARA, LLP
### ATTORNEYS AT LAW
245 Main Street, Suite 450
White Plains, New York 10601

FRANCIS J. MALARA*
ANNE J. PENACHIO*

JENNIFER RAGGO, Paralegal

*Also admitted in CT

Telephone (914) 946-2889
(914) 206-4884
www.pmlawllp.com

frank@pmlawllp.com
anne@pmlawllp.com
jraggo@pmlawllp.com

March 28, 2019

Via Facsimile (914) 390-4179

The Hon. Nelson Roman
United States Distict Court Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re:   Iannacchino and Rocco's Landscaping, Inc. –against–
      John Ruzza, Joann Ruzza, et al.
      Civil Action No.: 15-cv-09408 (NSR)

**Handwritten endorsement:** Based on the parties' representation below, this matter is deemed settled. The Clerk of the Court is respectfully directed to close this case and thereby dismiss the appeal. SO ORDERED: [signature] 3/29/19
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

Dear Judge Roman:

   I serve as counsel to the Plaintiff's in the above-referenced action. I am writing with the consent of David S. Wilck, counsel for Defendant Anthony Vigna who reviewed it prior to my submission.

   We have resolved the underlying litigation and the terms of the settlement were incorporated into Plaintiff Rocco Iannacchino's Chapter 11 Bankruptcy Plan of Reorganization which was confirmed by the Hon. Robert D. Drain. The Plan has been fully consummated.

   Based upon the foregoing, Mr. Wilck and I respectfully request that any matters pending before you be marked accordingly.

   Thank you for your consideration.

Respectfully,
Anne Penachio

cc: David S. Wilck, Esq. (by Electronic Mail)